UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TAKURA CAMPION MUGWENI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:08-CV-1889-G (BF) |
| WACHOVIA CORP., ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney. The district court reviewed the proposed findings, conclusions, and recommendation for plain error, and ordered the plaintiff to inform the court of his position regarding the dismissal of a dispensable nondiverse party from this case to cure a jurisdictional defect. Because the plaintiff has not responded to this court's order, and the findings, conclusions, and recommendation of the magistrate judge are without error, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge. This case is hereby **REMANDED** to the **44th Judicial District Court of Dallas County, Texas** for further proceedings.

SO ORDERED.

June 17, 2011.

_____
A. JOE FISH
**Senior United States District Judge**